IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AUSTEN LACKEY, | § § § | |
| *Plaintiff*, | § § | |
| VS | § § | C.A. No: 5:17-CV-00514-FB |
| AUSTIN DEMENT and CRST EXPEDITED, INC., | § § § § | JURY REQUESTED |
| *Defendants*. | § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Austin Dement and CRST Expedited, Inc. (hereinafter referred to individually as "Dement" or "CRST" and collectively as "Defendants") and Plaintiff Austen Lackey ("Lackey") (collectively, as the "Parties") and file this Notice of Settlement.

**I.**

This case settled at mediation on June 30, 2020. The Parties have reached a settlement agreement, and are in the process of exchanging settlement documents. The Parties request that the Court enter an order consistent with the Parties' settlement, and set this matter for a status conference in at least thirty days so that the Parties have adequate time to finalize closing documents and enter an order of dismissal before the Court need take any additional action.

**[*Signatures on next page*]**

Respectfully submitted,

**BairHilty, P.C.**


 /s/ Kenneth A. Scott
RONALD L. BAIR
State Bar No. 01554900
Federal Bar No. 6173
rbair@bairhilty.com
KENNETH A SCOTT
State Bar No. 00791629
Federal Bar No. 18752
kscott@bairhilty.com
14711 Pebble Bend Drive
Houston, Texas 77068
(713) 862-5599
(713) 868-9444 Facsimile
**ATTORNEYS FOR DEFENDANTS AUSTIN DEMENT AND CRST EXPEDITED, INC.**


Respectfully Submitted,

 /s/Kiernan McAlpine
Kiernan McAlpine
Daspit Law Firm
State Bar No. 24058519
Federal Bar No. 1132611
440 Louisiana St., Ste. 1400
Houston, Texas 77002
Phone 713.322.4878
Fax     713.587.9086
e-service@daspitlaw.com
**ATTORNEY FOR PLAINTIFF
AUSTEN LACKEY**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record in the manner required by the Rules, on this the 7th day of July, 2020.

| | |
|---|---|
| Kiernan McAlpine<br>DASPIT LAW FIRM<br>440 Louisiana Street, Suite 1400<br>Houston, Texas 77002 | **Via E-mail:  e-service@daspitlaw.com** |
| Dana G. Kirk<br>Kirk Law Firm PLLC<br>440 Louisiana Street, Suite 1400<br>Houston, Texas 77002 | **Via E-mail:  kirk@kirklawfirm.com** |

*/s/ Kenneth A. Scott*
Kenneth A. Scott