**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**AUSTEN LACKEY,**

        **Plaintiff,**

**v.**                                              **Case No. 5:17-CV-0514-JKP**

**AUSTIN DEMENT and CRST**
**EXPEDITED, INC.,**

        **Defendants.**

## THIRTY-DAY ORDER OF DISMISSAL

    Based upon a Notice of Settlement (ECF No. 157), it is apparent that the parties have reached an agreement to settle this case. Given the undisputed settlement of this case, the Court hereby dismisses all claims by all parties **WITHOUT PREJUDICE** subject to any party moving to reopen within thirty days. Any party may move for an extension of this deadline to allow more time to execute the parties' settlement. If the parties cannot finalize a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the deadline set by this order, this action shall be considered **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED** this 8th day of July 2020.

                                                             **JASON PULLIAM**
                                                             **UNITED STATES DISTRICT JUDGE**